# United States Court of Appeals
## For the Eighth Circuit
_____

No. 18-1303
_____

Michael D. Jefferson,

*Plaintiff - Appellant,*

v.

Thomas Leonard,

*Defendant - Appellee,*

Deputy Shautft; Amy Devine; Scott County Sheriff's Department; Scott County Attorney,

*Defendants.*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: October 22, 2018
Filed: November 5, 2018
[Unpublished]
_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Iowa inmate Michael Jefferson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, we conclude the district court properly granted summary judgment because Jefferson submitted no evidence to substantiate his allegations, and the record showed there was no genuine dispute as to any material fact. *See* Fed. R. Civ. P. 56(a); *see also Cross v. Prairie Meadows Racetrack & Casino, Inc.*, 615 F.3d 977, 980-81 (8th Cir. 2010).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.